UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOHNNY RAY GASKIN, Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01658 |
| UNIVERSITY OF HOUSTON POLICE DEPARTMENT, Defendant. | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

Pursuant to the Federal Rules of Civil Procedure, Plaintiff **Johnny Ray Gaskin** certifies that the following written discovery requests were served on **Defendant UNIVERSITY OF HOUSTON** on May 7, 2025:

- Plaintiff's First Set of **Requests for Disclosure**;
- Plaintiff's First Set of **Interrogatories**;
- Plaintiff's First Set of **Requests for Production**; and
- Plaintiff's First Set of **Requests for Admissions**.

These discovery documents were served Via-Email on opposing counsel as reflected in the certificate of service.

Respectfully submitted,
**LAW OFFICE OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway, Suite 301
Houston, Texas 77024
(713) 467-1659 | wayman@wlplaw.com

By: /S/ Wayman L. Prince
**Wayman L. Prince**
Attorney for Plaintiffs
Texas Bar No. 16329350 | SDTX No. 7315
