**WAYMAN L. PRINCE, CHFC, CLU, FLMI**

| | |
|---|---|
| ATTORNEY AT LAW | TELEPHONE: (713) 467-1659 |
| 9111 Katy Freeway, Suite 301 | FAX: (713) 467-1686 |
| Houston, Texas 77024 | E-mail: wayman@wlplaw.com |

*"A MEMBER OF THE BETTER BUSINESS BUREAU"*

May 7, 2025

To: Honorable Presiding Judge                             Phone No: 713-250-5500
District Federal court, Texas
515 Rusk Street
Houston, Texas 77002

### CIVIL ACTION NO: 4:25-CV-01658
**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON, DIVISION, JOHNNY RAY GASKIN, PLAINTIFF VS. UNIVERSITY OF HOUSTON POLICE DEPARTMENT, DEFENDANT**

To: Honorable Judge of Said Court,

Please find enclosed the following six (6) enclosures

- 1.) Plaintiff's First Set of Requests for Disclosure;
- 2.) Plaintiff's First Set of Interrogatories;
- 3.) Plaintiff's First Set of Requests for Production;
- 4.) Plaintiff's First Set of Requests for Admissions; and
- 5.) Certificate of Written Discovery; and
- 6.) Certificate of Service

To be filed in the usual manner.

Sincerely,
*Wayman L. Prince, Attorney at Law   /s/*
Wayman L. Prince, Attorney at Law
**LAW OFFICE OF ATTORNEY WAYMAN L. PRINCE**
9111 Katy Freeway – Suite 301, Houston, Texas 77024
(713) 467-1659
(713) 467-1686 Fax
E-Mail: wayman@wlplaw.com
T.B.A. #16329350

Enclosures six (6):

- 1.) Plaintiff's First Set of Requests for Disclosure;
- 2.) Plaintiff's First Set of Interrogatories;
- 3.) Plaintiff's First Set of Requests for Production;
- 4.) Plaintiff's First Set of Requests for Admissions; and
- 5.) Certificate of Written Discovery; and
- 6.) Certificate of Service